United States District Court
Southern District of Texas
ENTERED

SEP 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA MERAZ, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-143 |
| VS. | § | |
| | § | CRIMINAL NO. B-97-390-01 |
| UNITED STATES OF AMERICA | § | |
|    Defendant-Respondent. | § | |

## ORDER

Petitioner, Rosa Meraz, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by November 6, 2000.

DONE at Brownsville, Texas, this 20th day of September, 2000.

John Wm. Black
United States Magistrate Judge