5

United States District Court
Southern District of Texas
FILED Entered
NOV 17 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Respondent, | § | |
| | § | |
| vs. | § | C.R. NO. B-97-390 |
| | § | |
| ROSA MERAZ, | § | |
|     Petitioner. | § | |
| (C.A. NO. B-00-143) | § | |
| | § | |

ORDER

It is hereby ORDERED that the Respondent's Motion to Dismiss is GRANTED.

SIGNED this ___16th___ day of _November_ 2000.

_____
UNITED STATES DISTRICT JUDGE